NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENT PONTOON,                        )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-801
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed December 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles Roberts,
Judge.

Kent Pontoon, pro se.


PER CURIAM.


        Affirmed.


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.